In the Matter of COMMISSIONER OF CAYUGA COUNTY DEPARTMENT OF SOCIAL SERVICES for Appointment of a Guardian for BESSIE C., a Person Alleged to be Incapacitated, Respondent. RICHARD L. C., Appellant. (Appeal No. 2.) [639 NYS2d 768]

Present—Denman, P. J., Lawton, Wesley, Doerr and Balio, JJ.